JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN HOOK, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>ASSET MANAGEMENT SPECIALISTS, INC., a corporation; DAVID BARNS, an individual; and DOES 1-100, inclusive,<br><br>    Defendants. | CASE NO. EDCV14-260-VAP(SPx)<br><br>*Assigned to Hon. Virginia A. Phillips Ctrm 2*<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** |

## RECITALS

1.    Plaintiff Benjamin Hook ("Plaintiff") filed this action in the Superior Court of the State of California for the County of Riverside against Asset Management Specialists, LLC and David Barnes as Case No. RIC1400044; and

2.    Defendants removed the action to the United States District Court for the Central District of California as Case No. EDCV14-260-VAP; and

3.    Plaintiff and Defendants have stipulated to dismiss the above-captioned action in its entirety, *with* prejudice. Each side is to bear its own attorneys' fees and costs.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

IT IS ORDERED that this case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: October 16, 2014

*Virginia A. Phillips*

Honorable Virginia A. Phillips
U.S. DISTRICT COURT JUDGE